**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANGELA MATHIS,

        Plaintiff,

v.                                                     Case No:  6:12-cv-1535-Orl-36KRS

JAMES CANNON and J.W. DUNN
LODGE  37,

        Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Karla R. Spaulding on February 7, 2013 (Doc. 27).  In the Report and Recommendation, Judge Spaulding recommends that Defendant James Cannon's ("Defendant Cannon") Motion to Dismiss Amended Complaint (Doc. 16) be granted with respect to *pro se* Plaintiff Angela Mathis' ("Plaintiff") Title VII and Florida Civil Rights Act ("FCRA") claims, but be denied with respect to Plaintiff's claim pursuant to 42 U.S.C. § 1981.  Doc. 27, p. 6.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate Judge that individual capacity claims under Title VII and the FCRA are inappropriate.  Doc. 27, p. 5; *Busby v. City of Orlando*, 931 F.2d 764, 772 (11th Cir. 1991) (individual capacity suits under Title VII are inappropriate); *Patterson v. Consumer Debt Mgmt. & Educ.. Inc.*, 975 So. 2d 1290, 1291 (Fla. 4th Dist. Ct. App. 2008) (FCRA does not impose individual liability).  Also, the Court agrees with the Magistrate Judge that a supervisor can be held individually liable under 42 U.S.C. § 1981 if he or she is personally involved in an employment decision, as Plaintiff alleges in the Amended Complaint.  *Crawley v. Paskert-Johnson Co.*, 2008 WL 4793650, *1 (M.D. Fla. 2008); Doc. 5.

Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 27) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant James Cannon's Motion to Dismiss Amended Complaint (Doc. 16) is **GRANTED in part and DENIED in part**:

    a) Plaintiff Angela Mathis' Title VII and FCRA claims are **DISMISSED, as to Defendant James Cannon.**

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Karla R. Spaulding